No. 406. DISTRICT OF COLUMBIA *v.* WASHINGTON POST Co. ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Vernon E. West, Chester H. Gray, George C. Updegraff* and

*Henry E. Wixon* for petitioner. *Fontaine C. Bradley* for respondents.

